
ATTORNEYS AT LAW

9 Tanner Street
Ste. 101
Haddonfield, NJ 08033
Tel: (856) 685-7420
Fax: (856) 685-7417
jswidler@swartz-legal.com

October 7, 2022

**VIA ECF**
The Honorable P.K. Holmes, III
Senior U.S. District Judge
Western District of Arkansas
Judge Isaac C. Parker Federal Building
30 South 6th Street, Room 317
Fort Smith, AR 72901

      **Re:** *Vasquez, et al. v. PAM Transport, Inc.*
          **Civil Action No. 21-5143**

      As the Court is aware, I represent Plaintiff in the above referenced matter. I write this letter on behalf of both Parties in response to the Court's recent order, ECF Doc. 51 (the "Order"), denying preliminary approval of the proposed class and collective settlement.

      Attached to this letter is: (1) a redlined settlement agreement redlining all changes made from the original proposed settlement agreement (ECF 49-3) and the current proposed settlement agreement; including a redlined settlement notice and the addition of Exhibit B, the proposed consent form; (2) a fully executed clean copy of the proposed settlement agreement, settlement notice, and consent form.

      In submitting the modified proposal, the Parties have carefully reviewed the Order, which highlighted "five areas of concern" which prevented the Court from approving the settlement. The Parties believe that these concerns have been addressed by the Parties. Each of those concerns is addressed as follows:

(1) Exhibit A of the Settlement Agreement has been modified to include the FLSA Consent Form, a copy of which is attached to the Settlement Agreement as Exhibit B.

(2) The Settlement Notice, which previously contained a typographical error as to Section Numbering, has been corrected. *See* Exhibit A of the Settlement Agreement.

(3) The Settlement Agreement provides that if any class member believes PAM has breached the settlement agreement, the class member shall first attempt to resolve the issue with PAM, and if it cannot be resolved, may seek injunctive relief with this Court. Settlement Agreement § 3.5.


ATTORNEYS AT LAW

(4) The Settlement Agreement now contains distinct releases depending on whether an individual has filed a consent form under the FLSA or has opted out of the Rule 23 class. Settlement Agreement § 4-4.4.

(5) The Settlement Notice distinguishes between the FLSA and Rule 23 claims, as well as one's ability to opt in/out of each such claim separately and provides instruction on how to opt out of the Rule 23 Class in the "Exclude Yourself" row of the instructions. *See* Exhibit A of the Settlement Agreement.

Based on these modifications, Plaintiffs seek the Court enter the proposed order, filed with Plaintiffs' initial motion for preliminary approval, located on the Court's docket at 49-1.

The Parties thank the Court for its attention to this matter.

Respectfully submitted,

*/s Justin L. Swidler*
Justin L. Swidler, Esq.
**SWARTZ SWIDLER, LLC**
1101 Kings Hwy Ste 402
Cherry Hill, NJ 08032
Phone: (856) 685-7420
Fax: (856) 685-7417