Swartz Swidler, LLC
Justin L. Swidler, Esq. (NJ #039312007)
Joshua S. Boyette, Esq. (NJ #043862010)
9 Tanner Street, Ste. 101
Haddonfield, NJ  08033
Phone: (856) 685-7420

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| LEE VASQUEZ, et al., on behalf of herself *and all those similarly situated,* <br><br>**Plaintiffs,**<br>vs.<br><br>**P.A.M. TRANSPORT, INC.,** *et al.*<br><br>**Defendants.** | **5:21-cv-05143-PKH** |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS AND COLLECTIVE SETTLEMENT AND RELATED RELIEF**

For the reasons set forth in the attached Brief in Support of this Motion, Plaintiffs respectfully request this Court enter an Order/Judgment:

1. Granting final approval of the Class and Collective Settlement filed with the Court at ECF Doc. 55-4 (the "Settlement");

2. Ordering Defendant to wire the entire Settlement Fund of $4,750,000 to the Claims Administrator within 10 days of the date of this Order becoming final non-appealable, pursuant to §3.1(B) of the Settlement;

3. Ordering, that pursuant to §3.5 of the Settlement, Defendant may not charge "any service fees for wage advances" or "deduct[] from wages for 'escrow' accounts… for the benefit of PAM" in the five years following the date of this Order.

4. Ordering the Claims Administrator to distribute the Settlement Fund to all Class

Members Consistent with the Settlement, subject to any modification directed by the Court;

     5.     Granting Named Plaintiff Lee Vasquez's request for a service payment of $10,000 for the effort and risk she took to benefit to the Class;

     6.     Granting Class Counsel's requests for their reasonable attorneys' fees of $1,583,333, representing 33 1/3% of the Settlement Fund;

     7.     Granting Class Counsel's request for reimbursement of their reasonable litigation costs of $72,049.14;

     8.     Granting the Claims Administrator, Angeion Group, its reasonable fees and costs incurred in providing notice of and administering the settlement to be paid from the Settlement Fund in accordance with the Settlement Agreement, not to exceed $100,000;

     9.     Ordering that the Release contained at ¶ 4.2 in the Settlement is binding on all Settlement Class Members;

     10.     Ordering that the Release contained at ¶ 4.1 in the Settlement is binding on all Settlement Class Members who filed consent forms to join the FLSA Collective Action; and

     11.     Ordering that, pursuant to §§ 2.16 and 3.1(C) of the Settlement Agreement, any unclaimed funds remaining in the Settlement Fund following the time periods provided in § 2.16 shall be equally distributed to all Eligible Class Members who negotiated their first check, and ordering that this process shall repeat every 150 days until is not economically feasible to issue additional checks. When it is no longer economically feasible to issue additional checks, all excess funds shall be donated to *cy pres* recipient, St. Christopher's Fund.

        Respectfully submitted,

        */s Justin L. Swidler*
        Justin L. Swidler, Esq

        **SWARTZ SWIDLER, LLC**
        9 Tanner Street, Ste. 101
        Haddonfield, NJ 08034
        Fax: (856) 685-7417
        Phone: (856) 685-7420
        Email: jswidler@swartz-legal.com

Dated: September 27, 2023